ACCEPTED
12-15-00113-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/12/2015 3:03:56 PM
CATHY LUSK
CLERK

## NO. 12-15-00113-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/12/2015 3:03:56 PM
CATHY S. LUSK
Clerk

## IN THE TWELFTH COURT OF APPEALS
## TYLER, TEXAS

**JASON ROWELL**
*Appellant*

**v.**

**FIRETROL PROTECTION SYSTEMS, INC.**
*Appellee*

Appealed from the 114th Judicial District Court
Smith County, Texas

## RESPONSE OF APPELLEE, FIRETROL PROTECTION SYSTEMS, INC., TO APPELLANT'S MOTION FOR RECONSIDERATION OF INVOLUNTARY DISMISSAL

To the Honorable Justices of the Twelfth Court of Appeals:

Appellee, Firetrol Protection Systems, Inc., files this its Response to Appellant's Motion for Reconsideration of Involuntary Dismissal and for such Response would respectfully show the Court as follows:

1. Appellant complains that this Court's Opinion states that the trial court's Judgment was signed on April 16, 2015 when in fact the Final Judgment was not signed until nearly a month later on May 12, 2015. Any confusion with regard to what Order and/or Judgment is being

1

appealed by Appellant is entirely of his own making.

2.      Prior to any Final Judgment in the trial court, Appellant filed his Notice of Appeal on April 29, 2015.  Approximately one hour later, Appellant filed a Motion for New Trial with the trial court.  Appellant's original Docketing Statement which he attempted to file with this Court represented to this Court that Appellant was appealing from an Order of Dismissal signed on April 16, 2015.

3.      Accordingly, Appellant had a Notice of Appeal and Motion for New Trial filed prior to any Final Judgment in the lower court.  The lower court did ultimately sign a Final Judgment on May 12, 2015.

4.      Appellant is now seeking to prosecute an appeal and asks this Court to reconsider its involuntary dismissal of such appeal.  At the same time, Appellant has a Motion for New Trial pending in the lower court which is set to be heard on June 18, 2015.

5.      With regard to Appellant's failure to comply with this Court's requirements for prosecution of this appeal, Appellee obviously has no personal knowledge with regard to Appellant's claims that his attorney received the notice on his cell phone while he was not in the office, failed to calendar or forget deadlines or claims that notices were received while on walks with counsel's daughter.  However, the record is quite clear that Appellant's attempt to prosecute a Motion for New Trial in the lower court and an appeal in this Court contemporaneously is consistent with Appellant's ongoing harassment of his former employer, Firetrol.  Appellant is simply a disgruntled former employee whose suit was properly dismissed in the lower court pursuant to Chapter 27, Texas Civil Practice, and Remedies and whose appeal has been properly dismissed by this Court.  Appellant has failed to comply with this Court's express requirements.

2

Therefore, dismissal was proper.

WHEREFORE, PREMISES CONSIDERED, Appellee, Firetrol Protection Systems, Inc., prays that Appellant's Motion for Reconsideration be denied, that this Court's dismissal of this appeal be sustained and for such other and further relief to which Appellee, Firetrol Protection Systems, Inc., shows itself justly entitled.

Respectfully submitted,

GILLEN & ANDERSON
Attorneys and Counselors at Law
613 Shelley Park Plaza
Tyler, Texas 75701
(903) 581-8600
(903) 581-8790 (fax)


BY: _/s/  Roger W. Anderson_____
    ROGER W. ANDERSON
    State Bar No. 01213500
    E-mail: randerson@gillenanderson.com
    ATTORNEY FOR APPELLEE,
    FIRETROL PROTECTION SYSTEMS, INC.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Appellee's Response to Appellant's Motion for Reconsideration was forwarded electronically to all counsel of record on this 12th day of June, 2015.

_/s/  Roger W. Anderson_____
ROGER W. ANDERSON